

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| G. L. S., | § | |
| | | No. 08-13-00181-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 65th District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | § | |
| | | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2012DCM09551) |

**O R D E R**

The Court, on its own motion, VACATES the September 12, 2013 submission setting.

IT IS SO ORDERED this 14th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.